UNSWORN DECLARATION UNDER PENALTY OF PERJURY
28 U.S.C. § 1746

My name is Ali Choudhri, my date of birth is January 24, 2025, and my address is 1001 West Loop South, Suite 700, Houston, Texas 77027, U.S.A. I, as authorized representative of Memorial Glen Cove, LLC, declare under penalty of perjury that the following is true and correct:

> "No balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed with respect to Memorial Glen Cove, LLC."

Executed in Harris County, State of Texas, on the <u>13th</u> day of <u>August</u>, 2025.

_____
Ali Choudhri,
Authorized Representative