UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 25-51840 |
| MEMORIAL GLEN COVE, LLC § | | |
| DEBTOR(S), § | | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF HOUSTON    HOUSTON COMM COLL SYSTEM   HOUSTON ISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __19th__ day of __August__, 2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| JUSTIN RAYOME | US TRUSTEE'S OFFICE-SA12 | MEMORIAL GLEN COVE, LLC |
| 1001 WEST LOOP SOUTH, SUITE 700 | 615 E. HOUSTON, SUITE 533 | 5900 BALCONES DR |
| HOUSTON, TX 77027 | SAN ANTONIO, TX 78205 | SUITE 100 |
| | | AUSTIN, TX 78731 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
Email: houston_bankruptcy@lgbs.com

By: /s/ Tara L. Grundemeier
Tara L. Grundemeier
SBN: 24036691 TX