

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 18, 2025.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-51840-cag |
| | § | |
| MEMORIAL GLEN COVE, LLC | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## <u>ORDER REASSIGNING BUSINESS OF THE COURT</u>

IT IS HEREBY ORDERED and NOTICE is given that the above-referenced Chapter 11 case is reassigned to the Honorable Michael M. Parker.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this ORDER to be served on all parties in interest in this case.

# # #