**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 20, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MEMORIAL GLEN COVE, LLC, | § | CASE NO. 25-51840-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11-V |

### ORDER DISMISSING CASE

The Court considered the Debtor's *Voluntary Petition under Chapter 11* (ECF No. 1) and the docket sheet in the above-captioned case, and determined the Debtor failed to attach a creditors matrix to the *Petition*. Federal Rule of Bankruptcy Procedure 1007(a)(1) requires a debtor to, among other things, include a list containing the name and address of each known creditor. The Clerk's office emailed the Debtor a week ago notifying the Debtor of its lack of compliance with Bankruptcy Rule 1007(a)(1), and the Debtor still has not uploaded a matrix listing the Debtor's known creditors. Even in the Debtor's *Amended Petition* (ECF No. 11) there is no matrix. It is, therefore,

**ORDERED** that the above-captioned case is hereby **DISMISSED**.

# # #